**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| **vs.** | : | **CRIMINAL NO. 26-00132-KD-B** |
| **SEAN GOLSTON** | : | |

# ACCEPTANCE OF GUILTY PLEA AND ADJUDICATION OF GUILT

Pursuant to the Report and Recommendation of the United States Magistrate Judge (Doc. 22) and without any objection having been filed by the parties, Defendant Sean Golston's plea of guilty to Count One of the Indictment charging violations of 18 U.S.C. § 1709, Theft of Mail Matter by Officer or Employee, is now accepted and the Defendant is adjudged guilty of such offense.

A sentencing hearing has been scheduled for **December 16, 2026, at 10:00 a.m., in Courtroom 4B,** United States Courthouse, 155 St. Joseph St., Mobile, Alabama 36602.

**DONE and ORDERED** this the 21st day of October 2026.

s/ Kristi K. DuBose
KRISTI K. DUBOSE
UNITED STATES DISTRICT JUDGE